IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J. D. JORDAN, *Pro se*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-03316 |
| | § | |
| ROBERT FLEXTON, MARION ALONSO, CATHERINE CALLAWAY, JEANNE BURKE, CLINT FREELAND, HENRY JONES, AND DYNEGY, INC., | § § § § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT DYNEGY INC.

Plaintiff J. D. Jordan, *pro se*, and Defendants Robert Flexon, Mario Alonso, Catherine Callaway James, Carolyn Burke, Clint Freeland, and Henry Jones, and Dynegy Inc. file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate that all of Plaintiff's claims asserted against Defendant Dynegy Inc. are dismissed without prejudice.

Dated:  March 31, 2017 Respectfully submitted,

By: */s/ J. D. Jordan*
    J. D. Jordan
    P.O. Box 23866
    New Orleans, LA 70183
    (504) 737-3854
    Email: jdsgold@gmail.com

*PRO SE*

By: */s/ Joseph A. Fischer, III*
    Joseph A. Fischer, III
    Texas Bar No. 00789292
    Jackson Walker L.L.P.
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    (713) 752-4200
    (713) 752-4221 (Fax)
    Email: tfischer@jw.com

    Jay K. Wieser
    State Bar No. 24060826
    Jackson Walker L.L.P.
    777 Main Street, Suite 2100
    Fort Worth, TX  76102
    (817) 334-7200
    (817) 334-7290 – Fax
    Email:  jwieser@jw.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 31, 2017, a copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. I also hereby certify that a copy of the foregoing document was served on the Plaintiff by facsimile to (504) 737-3854, by electronic mail to jdsgold@gmail.com, and by U.S. First Class mail to the following address:

J. D. Jordan
Box 23866
New Orleans, LA 70183


               */s/ Jay K. Wieser*
               Jay K. Wieser