United States District Court
Southern District of Texas

**ENTERED**

April 03, 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JD  JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3316 |
| | § | |
| ROBERT C. FLEXTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON STIPULATION

The parties in the above styled and numbered cause of action have filed a Joint Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 19).

Accordingly, it is Ordered that the plaintiff's claims against defendant Dynegy, Inc. are dismissed without prejudice. All other parties remain active.

It is so ORDERED.

SIGNED on this 3rd day of April, 2017.

_____

Kenneth M. Hoyt
United States District Judge

1 / 1