United States District Court
Southern District of Texas
Houston Division

*United States Courts*
*Southern District of Texas*
*FILED*

**MAY 17 2017**

*David J. Bradley, Clerk of Court*

| | |
|---|---|
| J. D. JORDAN, | δ |
| | δ |
| Plaintiff, | δ |
| VS. | δ   CIVIL ACTION NO.4:16-CV-3316 |
| | δ |
| ROBERT C. FLEXTON, ET AL, | δ |
| | δ |
| Defendants. | δ |

## NOTICE OF APPEAL

Notice is hereby given that J. D. Jordan in the above named case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order Granting Defendants' Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(6) entered in this action on April 26, 2017.

*[signature]*
J. D. Jordan
Box 23866
New Orleans, LA  70183
Tel. (504) 737-3854

Date: May 15, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2017, a copy of the foregoing document was filed in the U.S. District Court.  I also hereby certify that a copy of the foregoing document was served on the interested parties by facsimile and U.S. First Class mail to the following address:

Tre Fisher
Jackson Walker L.L.P.
1401 McKinney Street
Suite 1900
Houston, Texas  77010-4037

_____
J. D. Jordan