IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

MAY 25 2018

David J. Bradley, Clerk of Court

No. 17-20346

D.C. Docket No. 4:16-CV-3316

United States Court of Appeals
Fifth Circuit
**FILED**
March 12, 2018
Lyle W. Cayce
Clerk

J. D. JORDAN,

    Plaintiff - Appellant

v.

ROBERT C. FLEXTON, President and Chief Executive Officer; MARION ALONSO, Executive Vice President; CATHERINE CALLAWAY, Executive Vice President & General Counsel; JEANNE BURKE, Executive Vice President; CLINT FREELAND, Executive Vice President and Chief Financial Officer; HENRY JONES, Executive Vice President,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before WIENER, GRAVES, and HO, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on May 24, 2018
Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 24, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 17-20346    J. Jordan v. Robert Flexton, et al  
                             USDC No. 4:16-CV-3316

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Amanda Sutton-Foy, Deputy Clerk  
                          504-310-7670

cc:  Mr. Joseph A. Fischer III  
     Mr. J. D. Jordan  
     Mr. Jay Kevin Wieser